UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRENDA J. TIBBS,<br>    Plaintiff,<br><br>v.<br><br>JAG INVESTMENT GROUP, INC.,<br>    Defendant. | No. 3:08-CV-219<br>(Phillips) |

### JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant JAG Investment Group, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the defendant's motion for summary judgment [Doc. 20] be **GRANTED**; and that the action against JAG Investment Group, Inc. be **DISMISSED WITH PREJUDICE** on the merits.

Dated at Knoxville, Tennessee, this _____ day of March 2012.

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge